**FILED**

DEC 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | ) | **0 7 - 6 3 2 - M - 0 1** |
| YAHOO, INC. | ) | MAGISTRATE NO. |
| Internet Service Provider | ) | |
| 701 First Avenue | ) | |
| Sunnyvale, CA 94089 | ) | FILED UNDER SEAL |

## MOTION TO SEAL APPLICATION AND AFFIDAVIT IN SUPPORT OF
## SEARCH WARRANT, AND MEMORANDUM IN SUPPORT THEREOF

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, respectfully moves the Court for an Order directing that the application

and affidavit in support of a search warrant of Yahoo, Inc., 701 First Avenue, Sunnyvale, CA

94089, be placed under seal until further order of the Court.  In support of its motion, the

government states as follows:

1.    This warrant is being executed as part of an on-going criminal investigation.

2.    There is reason to believe that premature public notice of this search warrant and

supporting affidavit will result in the destruction of or tampering with evidence or otherwise

seriously jeopardize an on-going criminal investigation by:  (a) causing potential witnesses and

targets to destroy evidence including email messages or computer code which may be

subpoenaed by the grand jury, and (b) causing potential targets of the investigation to intimidate

witnesses and take additional steps to mask their criminal activity.  These factors are particularly

important in this investigation, because the nature of the evidence sought is particularly prone to

tampering and destruction and potential targets in these types of investigations are known to take

steps to mask their scheme and identity.

3.   Because this matter is part of an on-going investigation and based on the information

set forth in this motion, disclosure of the search warrant, this affidavit, and/or this application

and the attachments thereto will seriously jeopardize the progress of the investigation.

Accordingly the government requests that the Court issue an order that the search warrant, the

affidavit in support of application for search warrant, the application for search warrant, and all

attachments thereto be filed under seal until further order of this Court.  In addition, because

notification of the existence of this order may seriously jeopardize an investigation, the

government requests that the Court issue an order pursuant to 18 U.S.C. Section 2705(b)

ordering Yahoo, Inc. not to notify any person of the existence of warrant until: (a) the fact and

particulars of the investigation must be disclosed, pursuant to the government's legal obligations,

to counsel for individuals who may be arrested in the future or (b) the government represents that

the items covered by this motion can be made public without having reason to believe that

notification of the existence of the warrant or related materials would cause the destruction or

tampering with evidence or would otherwise seriously jeopardize the investigation.

WHEREFORE, for all the foregoing reasons, the government respectfully requests that

the application and affidavit in support of the search warrant be placed under seal.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

Catherine K. Connelly
Assistant United States Attorney
Federal Major Crimes Section
Mass. Bar No. 649430
555 4th Street, N.W.  #4844
Washington, DC 20001
(202)616-3384; Fax: 353-9414