FILED
DEC 11 2007
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | 07-632-M-01 |
| YAHOO, INC. ) | MAGISTRATE NO. |
| Internet Service Provider ) | |
| 701 First Avenue ) | |
| Sunnyvale, CA 94089 ) | FILED UNDER SEAL |

## ORDER

Upon consideration of the motion to seal the application and affidavit in support of the above-captioned Search Warrant, it is this __11th__ day of December 2007,

**ORDERED**, that the Government's Motion is hereby **GRANTED** and the application and affidavit in support of the above-captioned Search Warrant be sealed until further order of the Court and further **ORDERED** that, pursuant to 18 U.S.C. Section 2705(b), Yahoo, Inc. is not to notify any person of the existence of the warrant until further order of the court. The government may provide to Yahoo, Inc. a copy of this Order and the search warrant application and affidavit to facilitate execution of the search warrant.

_____
UNITED STATES MAGISTRATE

cc:   Catherine K. Connelly
      Assistant United States Attorney
      555 4th Street, NW
      Washington, DC 20530