UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF         ) | |
| YAHOO, INC.                                                      ) | CASE NO. 07-632-M-01 |
| Internet Service Provider                                    ) | |
| 701 First Avenue                                               ) | |
| Sunnyvale, CA 94089                                        ) | FILED UNDER SEAL |

## GOVERNMENT'S MOTION TO UNSEAL
## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court unseal the affidavit in support of the search warrant in the above-captioned case. In support of this motion, the government states as follows:

The defendant in the case underlying the above search warrant was charged by information. Prior to the filing of the information, the search warrant for the above listed organization was obtained. A Magistrate of the United States District Court for the District of Columbia approved the warrant and granted the government's motion to seal the supporting affidavit in order to protect the integrity of the ongoing criminal investigation. The search warrant has now been executed.

The government, therefore, requests that the affidavit in support of the search warrant be unsealed so that the government can comply with discovery obligations pursuant to Federal Rule of Criminal Procedure 16. The disclosure of the affidavit would no longer create a risk of harm to the investigation.

WHEREFORE, for the foregoing reasons, the government respectfully requests that the Court unseal the affidavit in support of the above-listed search warrant.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

Catherine K. Connelly
Assistant United States Attorney
Federal Major Crimes Section
Mass. Bar No. 649430
555 4th Street, N.W.  #4844
Washington, DC 20001
(202)616-3384; Fax: 353-9414

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF           ) | |
| YAHOO, INC.                                              ) | CASE NO. 07-632-M-01 |
| Internet Service Provider                              ) | |
| 701 First Avenue                                         ) | |
| Sunnyvale, CA 94089                                 ) | |

## ORDER

Upon consideration of the Government's Motion to Unseal, and finding that it is appropriate to do so, it is this _____day of March, 2008,

ORDERED, that the affidavit in support of the search warrant in the above-captioned case be unsealed.

_____
UNITED STATES MAGISTRATE JUDGE


cc:     Catherine K. Connelly
         Assistant U.S. Attorney
         555 Fourth Street, N.W.
         Washington, D.C. 20530