**FILED**
MAR 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | |
| YAHOO, INC. ) | CASE NO. 07-632-M-01 |
| Internet Service Provider ) | |
| 701 First Avenue ) | |
| Sunnyvale, CA 94089 ) | |

## ORDER

Upon consideration of the Government's Motion to Unseal, and finding that it is appropriate to do so, it is this _27_ day of March, 2008,

ORDERED, that the affidavit in support of the search warrant in the above-captioned case be unsealed.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Catherine K. Connelly
      Assistant U.S. Attorney
      555 Fourth Street, N.W.
      Washington, D.C. 20530